PELC, APPELLANT, *v.* HARTFORD FIRE INSURANCE COMPANY, APPELLEE.

[Cite as *Pelc v. Hartford Fire Ins. Co.,*
104 Ohio St.3d 639, 2005-Ohio-183.]

(No. 2004–1314—Submitted January 11, 2005—Decided February 2, 2005.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Hopkins v. Dyer,* 104 Ohio St.3d 461, 2004-Ohio-6769, 820 N.E.2d 329.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

RESNICK and PFEIFER, JJ., dissent.

LANZINGER, J., not participating.

Perantinides & Nolan Co., L.P.A., and Chris T. Nolan; Samuel J. Ferruccio Jr., for appellant.

Davis & Young and Ann Marie O'Brien, for appellee.